**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MERL E. RAYMOND, LINDA G. RAYMOND,

      Plaintiffs,

vs.                                             CASE NO. 6:07-CV-751-ORL-19KRS

MAHENDRA K. PATEL, d/b/a Scottish Inn,

      Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 21, filed October 10, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 21) is **ADOPTED and AFFIRMED.** Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 19, filed October 8, 2007) is **GRANTED** and the settlement agreement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This case is **DISMISSED WITH PREJUDICE.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___1st___ day of November, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record